UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HOSEA L. ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:19-cv-1767-CDP |
| | ) |
| CITY OF ST. LOUIS, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before me upon plaintiff Hosea L. Robinson's motion for leave to proceed in forma pauperis on appeal. I will deny the motion. Plaintiff may not proceed in forma pauperis on appeal because he has accumulated more than three "strikes"[1] as defined by 28 U.S.C. § 1915(g), and he does not qualify for the imminent danger exception thereto.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal (ECF No. 9) is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff shall file any future documents or pleadings in connection with this appeal directly with the United States Court of Appeals for the Eighth Circuit.

Dated this 19th day of September, 2019.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

---

[1] *See Robinson v. City of St. Louis Division of Corrections, et al.*, No. 4:16-cv-1535-RWS (E.D. Mo. Dec. 30, 2016); *Robinson v. State of Missouri,* No. 4:18-cv-114-RLW (E.D. Mo. Jan. 29, 2018); *Robinson v. State of Missouri, et al.*, No. 4:18-cv-1225-JAR (E.D. Mo. Oct. 24, 2018); and *Robinson v. State of Missouri et al.,* No. 1:18-cv-297-NCC (E.D. Mo. Apr. 23, 2019).